UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CINDY A. RITTER, | ) | NO. EDCV 11-1122-CW |
| | ) | |
|         Plaintiff, | ) | |
|     v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
|         Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: June 29, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge